```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 05 B 26748
    CYNTHIA D SCOTT
                                                  CHAPTER 13

                                                  JUDGE: A. BENJAMIN GOLDGAR

             Debtor
     SSN XXX-XX-6075


---------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 07/06/05 and confirmed on 09/30/05.

     2.  The case was dismissed after confirmation, 01/11/2008.

     3.  The Debtor paid a total of $  11310.00 .

     4.  The Trustee made disbursements to creditors as follows:


---------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
---------------------------------------------------------------------------
AMERICAS SERVICING CO     CURRENT MORTG         .00            .00            .00
AMERICAS SERVICING CO     MORTGAGE ARRE     8244.04            .00        8244.04
US BANK                   SECURED               .00            .00            .00
INTERNAL REVENUE SERVICE  PRIORITY          796.16             .00            .00
INTERNAL REVENUE SERVICE  UNSECURED         111.72             .00            .00
ECAST SETTLEMENT CORPORA  UNSECURED        3831.70             .00            .00
          Summary of disbursements:
---------------------------------------------------------------------------
                     SECURED    PRIORITY   UNSECURED      OTHER        TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED   8244.04      796.16     3943.42        .00     12983.62
PRINCIPAL PAID       8244.04         .00         .00        .00      8244.04
INTEREST PAID            .00         .00         .00        .00          .00
TOTAL PAID           8244.04         .00         .00        .00      8244.04
The Debtor's attorney, SHAW & FOLEY LLC                , was allowed $   2700.00
and was paid $     86.00  direct and $    2614.00  through the plan.

The Trustee received $     451.96 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 04/11/08                      /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 05 B 26748 CYNTHIA D SCOTT
```